IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Steven Roy McAlister, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>Carolyn W. Colvin, Acting Commissioner )<br>of Social Security, )<br>)<br>      Defendant. )<br>)<br>_____) | Civil Action No. 1:12-3363-RMG<br><br>**ORDER** |

This matter, brought *pro se*, comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation on May 13, 2014 recommending that the decision of the Commissioner be affirmed. (Dkt. No. 33). The parties were advised of their right to file objections to the Report and Recommendation within 14 days of service and that the failure to file timely objections would result in limited review by the District Court and waiver of the right of appeal from the District Court's judgment. (Dkt. No. 33 at 23). No timely objections were filed.

The Court has reviewed the Report and Recommendation and the record in this matter and finds no clear error on the face of the record. *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315-16 (4th Cir. 2005). Therefore, the Court adopts the Report and Recommendation

-1-

as the order of this Court and affirms the decision of the Commissioner.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
June 4, 2014